**STATEMENT OF FACTS**

On Wednesday, May 15, 2019 at approximately 7:12 a.m., members of the Metropolitan Police Department (MPD) Seventh District Crime Suppression Team (CST) responded to 412 Mellon Street, Southeast, Apartment 2 in Washington, D.C. to execute search warrant number 2019 CSW 2587, signed in the Superior Court for the District of Columbia on May 10, 2019.  Officer Lucas Lawrenz obtained the search warrant after viewing several Instagram videos depicting an individual Officer Lawrenz knows as Dominique Wooten holding multiple handguns.  Prior to obtaining the search warrant, Officer Lawrenz also verified that Dominique Wooten has a prior felony conviction and is currently on court supervision through the District of Columbia Court Services and Offender Supervision Agency (CSOSA), and that his listed and verified address with CSOSA is 412 Mellon Street, Southeast, Apartment 2 in Washington, D.C.

The apartment is a two-bedroom apartment leased by Witness One, who lives in the apartment with her boyfriend, Witness Two, and her children.  Witness One and Witness Two occupy one bedroom in the back of the apartment and her children occupy the second bedroom in the front of the apartment.  Dominique Wooten has been staying in the living room, which is in-between the two bedrooms.  When officers entered the apartment, Dominique Wooten was standing in the hallway that leads from the front door to the living room.  Witness One was in the living room and Witness Two was in the back bedroom. Witness One told Officers that Dominique Wooten had been keeping his property in a closet in the living room next to the couch where he had been sleeping.  Officers Altiere and Lawrenz searched the closet. Officer Lawrenz observed a high capacity magazine and the grip of a black pistol sticking out from a black backpack that was hanging in the closet.  Also inside of the black backpack were court documents in the name of Dominique Wooten. A small red satchel-style bag was hanging next to the black backpack in the closet, and this bag contained Dominique Wooten's Washington, D.C. identification card.

The firearm was recovered and determined to be a Glock 19 9mm handgun with a serial number of ACHN737, loaded with one (1) round in the chamber and thirty-one (31) rounds in the high-capacity magazine.

A criminal history check of Dominique Wooten through the National Crime Information Center confirmed that he has a prior conviction for Robbery in Prince George's County Maryland, docket number CT110634B with a date of disposition of October 28, 2011.  There are no firearms manufactured in the District of Columbia.

_____
OFFICER CALEB DEMERITT
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF MAY, 2019.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE